## HOLLIS B. WILSON, SR. *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner Hollis B. Wilson, Sr., for certification for appeal from the Appellate Court, 44 Conn. App. 926 (AC 15546), is denied.

*Hollis B. Wilson, Sr.*, pro se, in support of the petition.

Decided July 14, 1997

## STATE OF CONNECTICUT *v.* SCOTT ELLAM

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 931 (AC 15389), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*H. Jeffrey Beck*, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided July 14, 1997

## STATE OF CONNECTICUT *v.* MARK DOWNEY

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 148 (AC 16446), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Richard Emanuel*, assistant public defender, in support of the petition.

*Judith Rossi*, assistant state's attorney, in opposition.

Decided July 14, 1997